UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL FOUTS,<br><br>                    Plaintiff,<br><br>       v.<br><br>PORTLAND TRACTOR INC., *et al.*,<br><br>                    Defendants. | Case No. C23-5918-MLP<br><br>ORDER |

On October 18, 2023, Defendant Randy Schwabedissen filed a motion to dismiss Plaintiff Crystal Fouts' claims against him under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-2. (Mot. (dkt. # 9).) On November 6, 2023, Ms. Fouts filed an Amended Complaint (dkt. # 12) and on November 9, 2023, she filed a Second Amended Complaint that omits any Title VII claim against Mr. Schwabedissen. (Dkt. # 14 at 8-9 (Title VII claims against Defendant Portland Tractor Inc. only).) Accordingly, the Court DENIES Mr. Schwabedissen's Motion (dkt. # 9) as moot.

Dated this 16th day of November, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1